# EXHIBIT A

See below directions

From: Ayotte, Darren J (DOCCS) <Darren.Ayotte@doccs.ny.gov>
Sent: Tuesday, February 18, 2025 9:10 AM
To: Doccs.dl.Superintendents <Doccs.dl.Superintendents@duccs.ny.gov>
Subject: FMLA Questions

Superintendent's,

Staff who are calling in FMLA should be ordered in just like everyone else. If they refuse the order to report for duty, they should be made AWOL as well for participating in the job action. As instructed yesterday on the call with the Commissioner, the AWOL's should be entered into PAYSERV real time.

**Darren Ayotte**
Deputy Commissioner for Administrative Services
**New York State Department of Corrections and Community Supervision**
The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050
Phone: (518) 457-8188 | darren.ayotte@doccs.ny.gov

www.doccs.ny.gov