# EXHIBIT B

**ANY SECURITY STAFF MEMBER (CO OR SGT) CALLING IN, WILL BE ORDERED TO AND MARKED AWOL ON THE 1202 UNTIL FURTHER NOTICE.**

J. Clinton
**Superintendent**
Department of Corrections and Community Supervision
Groveland Correctional Facility
7000 Sonyea Road, P.O. Box 50, Sonyea, New York 14556

(585) 658-2871, extension 2000
joey.clinton@doccs.ny.gov
www.doccs.ny.gov