# EXHIBIT D

Hermannmyers, Jennifer M (DOCCS)

| | |
|---|---|
| From: | Clinton, Joey V (DOCCS) |
| Sent: | Saturday, March 15, 2025 5:58 AM |
| To: | DOCCSem GROVELAND WatchCommander |
| Cc: | Kuhn, David J (DOCCS); Loverde, Christina M (DOCCS); Schneider, Jessica B (DOCCS); Spike, Todd M (DOCCS); Dziduch, Daniel P (DOCCS); Cauntermine, Kevin A (DOCCS); Hunsinger, Nathaniel P (DOCCS) |
| Subject: | 1202's |

**ANY SECURITY STAFF MEMBER (CO OR SGT) CALLING IN, WILL BE ORDERED TO WORK AND MARKED AWOL ON THE 1202 UNTIL FURTHER NOTICE.**

J. Clinton
Superintendent
Department of Corrections and Community Supervision
Groveland Correctional Facility
7000 Sonyea Road, P.O. Box 50, Sonyea, New York 14556

(585) 658-2871, extension 2000
joey.clinton@doccs.ny.gov
www.doccs.ny.gov