ADDENDUM TO CIVIL COVER SHEET

I.(a)

**PLAINTIFFS**

ERIC DAUGHERTY, JEFF PIERCE, JORDAN POCOBELLO, PATRICK RYAN, DENISE VAILLANCOURT, RANDY GRIFFITH, JARED FACTEAU, TYLER DANIELS, DAVID BONK, AARON CLELAND, JEFFREY GREENE, BLAKE GRAHAM, ANTHONY TACTI, VERDON NICHOLS, RYAN KNOSPE, THOMAS GUMKOWSKI, BRIAN HOORNBEEK, CLIFTON COLE, and All similarly situated Corrections Officers formerly employed by the New York State Department of Corrections and Community Supervision

**DEFENDANTS**

THE STATE OF NEW YORK,
NEW YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION,
KATHY HOCHUL, Governor of the State of New York,
in her official and personal capacity,
DANIEL MARTUSCELLO III, Commissioner of the
New York State Department of Corrections and Community
Supervision, in his official and personal capacity,
JAIFA COLLADO, Executive Deputy Commissioner of the
New York State Department of Corrections and Community
Supervision, in her official and personal capacity,
DARREN AYOTTE, Deputy Commissioner for Administrative
Services of the New York State Department of Corrections and
Community Supervision, in his official and personal capacity,
ANDREW BOYD, Superintendent of Adirondack
Correctional Facility, in his official and personal capacity,
MELINDA SAMUELSON, Superintendent of Albion
Correctional Facility, in her official and personal capacity,
STANLEY BARTON, Superintendent of Altona
Correctional Facility, in his official and personal capacity,
JULIE WOLCOTT, Superintendent of Attica Correctional
Facility, in her official and personal capacity,
THOMAS NAPOLI, Superintendent of Auburn
Correctional Facility, in his official and personal capacity,
DENNIS BRADFORD, Superintendent of Bare Hill
Correctional Facility, in his official and personal capacity,
EILEEN RUSSELL, Superintendent of Bedford Hills
Correctional Facility, in her official and personal capacity,
MARCIA CLEVELAND, Superintendent of Cape Vincent
Correctional Facility, in her official and personal capacity,

THOMAS GEE, Superintendent of Cayuga
Correctional Facility, in his official and personal capacity,
MARIE JOSEE KING, Superintendent of Clinton
Correctional Facility, in her official and personal capacity,
LEANNE LATONA, Superintendent of Collins
Correctional Facility, in her official and personal capacity,
BROOKE BLAISE, Superintendent of Coxsackie
Correctional Facility, in her official and personal capacity,
LYNN LILLEY, Superintendent of Eastern
Correctional Facility, in her official and personal capacity,
SEIVERIGHT MILLER, Superintendent of Edgecomb
Residential Treatment Facility, in his official and personal capacity,
KEVIN MCCARTHY, Superintendent of Elmira
Correctional Facility, in his official and personal capacity,
MICHAEL DAYE, Superintendent of Fishkill
Correctional Facility, in his official and personal capacity,
REGINALD BISHOP, Superintendent of Five Points
Correctional Facility, in his official and personal capacity,
SANDRA DANFORTH, Superintendent of Franklin
Correctional Facility, in her official and personal capacity,
MARK ROCKWOOD, Superintendent of Gouverneur
Correctional Facility, in his official and personal capacity,
MARK MILLER, Superintendent of Green Haven
Correctional Facility, in his official and personal capacity,
AARON TORRES, Superintendent of Greene
Correctional Facility, in his official and personal capacity,
JOEY CLINTON, Superintendent of Groveland
Correctional Facility, in his official and personal capacity,
RACHEL YOUNG, Superintendent of Hale Creek
ASACTC, in her official and personal capacity,
STEPHEN BRANDOW, Superintendent of Hudson
Correctional Facility, in his official and personal capacity,
ANDREA SCHNEIDER, Superintendent of Lakeview Shock
Correctional Facility, in her official and personal capacity,
BENNIE THORP, Superintendent of Marcy
Correctional Facility, in his official and personal capacity,
BRYAN HILTON, Superintendent of Mid-State
Correctional Facility, in his official and personal capacity,
ALFRED MONTEGARI, Superintendent of Mohawk
Correctional Facility, in his official and personal capacity,
AMY COOK, Superintendent of Orleans
Correctional Facility, in her official and personal capacity,
DELTA BAROMETRE, Superintendent of Otisville
Correctional Facility, in her official and personal capacity,
LINDA CARRINGTON-ALLEN, Superintendent of Queensboro
Correctional Facility, in her official and personal capacity,

BRIAN MCAULIFFE, Superintendent of Riverview Correctional Facility, in his official and personal capacity,
JOHN WOOD, acting Superintendent of Shawangunk Correctional Facility, in his official and personal capacity,
MARLYN KOPP, Superintendent of Sing Sing Correctional Facility, in her official and personal capacity,
EMILY WILLIAMS, Superintendent of Taconic Correctional Facility, in her official and personal capacity,
STACIE BENNETT, Superintendent of Ulster Correctional Facility, in her official and personal capacity,
DONALD UHLER, Superintendent of Upstate Correctional Facility, in his official and personal capacity,
PHIL MELECIO, Superintendent of Wallkill Correctional Facility, in his official and personal capacity,
CHRISTOPHER COLLINS, Superintendent of Washington Correctional Facility, in his official and personal capacity,
CHRISTOPHER YEHL, Superintendent of Wende Correctional Facility, in his official and personal capacity,
DAVID HOWARD Superintendent of Woodbourne Correctional Facility, in his official and personal capacity,
And MICHAEL HILL, Superintendent of Wyoming Correctional Facility, in his official and personal capacity