AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case 1:25-cv-00468-JLS  Document 1-7  Filed 05/30/25  Page 2 of 5

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## RIDER TO SUMMONS

| | | |
|---|---|---|
| The Honorable Kathy Hochul<br>Governor of New York State<br>NYS State Capitol Building<br>State St.and Washington Ave.<br>Albany, NY 12224 | Daniel Martuscello III<br>Commissioner<br>New York State Department of Corrections and Community Supervision<br>Harriman State Campus<br>1220 Washington Avenue<br>Albany, NY 12226 | Jaifa Collado<br>Executive Deputy Commissioner<br>Harriman State Campus<br>1220 Washington Avenue<br>Albany, NY 12226 |
| Darren Ayotte<br>Deputy Commissioner for Administrative Services<br>Harriman State Campus<br>1220 Washington Avenue<br>Albany, NY 12226 | Andrew Boyd<br>Adirondack Correctional Facility<br>196 Ray Brook Road<br>P.O. Box 110<br>Ray Brook, NY 12977-0110 | Melinda Samuelson<br>Albion Correctional Facility<br>3595 State School Road<br>Albion, NY 14411-9399 |
| Stanley Barton<br>Altona Correctional Facility<br>555 Devils Den Road<br>P.O. Box 3000<br>Altona, NY 12910-2090 | Julie Wolcott<br>Attica Correctional Facility<br>639 Exchange Street<br>P.O. Box 149<br>Attica, NY 14011-0149 | Thomas Napoli<br>Auburn Correctional Facility<br>135 State Street<br>Auburn, NY 13024-9000 |
| Dennis Bradford<br>Bare Hill Correctional Facility<br>181 Brand Road<br>Caller Box #20<br>Malone, NY 12953-0020 | Eileen Russell<br>Bedford Hills Correctional Facility<br>247 Harris Road<br>Bedford Hills, NY 10507-2400 | Marcia Cleveland<br>Cape Vincent Correctional Facility<br>36560 State Route 12E<br>P.O. Box 599<br>Cape Vincent, NY 13618-0599 |
| Thomas Gee<br>Cayuga Correctional Facility<br>2202 State Route 38A<br>P.O. Box 1150<br>Moravia, NY 13118-1150 | Marie Josee King<br>Clinton Correctional Facility<br>1156 Route 374<br>P.O. Box 2000<br>Dannemora, NY 12929-2000 | Leanne Latona<br>Collins Correctional Facility<br>Middle Road<br>P.O. Box 490<br>Collins, NY 14034-0490 |
| Brooke Blaise<br>Coxsackie Correctional Facility<br>11260 Route 9W<br>P.O. Box 200<br>Coxsackie, NY 12051-0200 | Lynn Lilley<br>Eastern Correctional Facility<br>30 Institution Road<br>P.O. Box 338<br>Napanoch, NY 12458-0338 | Seiveright Miller<br>Edgecombe Residential Treatment Facility<br>611 Edgecombe Avenue<br>New York, NY 10032-4398 |

| | | |
|---|---|---|
| Kevin McCarthy<br>Elmira Correctional Facility<br>1879 Davis Street<br>P.O. Box 500<br>Elmira, NY 14901-0500 | Michael Daye<br>Fishkill Correctional Facility<br>18 Strack Drive<br>Beacon, NY 12508-0307 | Reginald Bishop<br>Five Points Correctional Facility<br>6600 State Route 96<br>Caller Box 400<br>Romulus, NY 14541 |
| Sandra Danforth<br>Franklin Correctional Facility<br>62 Bare Hill Road<br>P.O. Box 10<br>Malone, NY 12953-0010 | Mark Rockwood<br>Gouverneur Correctional Facility<br>112 Scotch Settlement Road<br>P.O. Box 370<br>Gouverneur, NY 13642-0370 | Mark Miller<br>Green Haven Correctional Facility<br>594 Route 216<br>Stormville, NY 12582-0010 |
| Aaron Torres<br>Greene Correctional Facility<br>165 Plank Road<br>P.O. Box 8<br>Coxsackie, NY 12051-0008 | Joey Clinton<br>Groveland Correctional Facility<br>7000 Sonyea Road<br>P.O. Box 50<br>Sonyea, NY 14556-0050 | Rachel Young<br>Hale Creek ASACTC<br>279 Maloney Road<br>Johnstown, NY 12095-3769 |
| Stephen Brandow<br>Hudson Correctional Facility<br>50 East Court Street<br>P.O. Box 576<br>Hudson, NY 12534-0576 | Andrea Schneider<br>Lakeview Shock Incar. Corr. Fac.<br>9300 Lake Avenue<br>P.O. Box T<br>Brocton, NY 14716-9798 | Bennie Thorp<br>Marcy Correctional Facility<br>9000 Old River Road<br>P.O. Box 5000<br>Marcy, NY 13403-5000 |
| Bryan Hilton<br>Mid-State Correctional Facility<br>9005 Old River Road<br>P.O. Box 216<br>Marcy, NY 13403-0216 | Alfred Montegari<br>Mohawk Correctional Facility<br>6514 Route 26<br>P.O. Box 8450<br>Rome, NY 13442 | Amy Cook<br>Orleans Correctional Facility<br>3531 Gaines Basin Road<br>Albion, NY 14411-9199 |
| Delta Barometre<br>Otisville Correctional Facility<br>57 Sanitorium Road<br>Otisville, NY 10963-0008 | Linda Carrington-Allen<br>Queensboro Correctional Facility<br>47-04 Van Dam Street<br>Long Island City, NY 11101-3081 | Brian McAuliffe<br>Riverview Correctional Facility<br>1110 Tibbits Drive<br>P.O. Box 158<br>Ogdensburg, NY 13669-0158 |

| | | |
|---|---|---|
| John Wood<br>Shawangunk Correctional Facility<br>200 Quick Road<br>P.O. Box 750<br>Wallkill, NY 12589-0750 | Marlyn Kopp<br>Sing Sing Correctional Facility<br>354 Hunter Street<br>Ossining, NY 10562-5442 | Emily Williams<br>Taconic Correctional Facility<br>250 Harris Road<br>Bedford Hills, NY 10507-2497 |
| Stacie Bennett<br>Ulster Correctional Facility<br>750 Berme Road<br>P.O. Box 800<br>Napanoch, NY 12458-0800 | Donald Uhler<br>Upstate Correctional Facility<br>309 Bare Hill Road<br>P.O. Box 2000<br>Malone, NY 12953 | Phil Melecio<br>Wallkill Correctional Facility<br>50 McKendrick Road<br>P.O. Box G<br>Wallkill, NY 12589-0286 |
| Christopher Collins<br>Washington Correctional Facility<br>72 Lock Eleven Lane<br>P.O. Box 180<br>Comstock, NY 12821-0180 | Christopher Yehl<br>Wende Correctional Facility<br>3040 Wende Road<br>Alden, NY 14004-1187 | David Howard<br>Woodbourne Correctional Facility<br>99 Prison Road<br>P.O. Box 1000<br>Woodbourne, NY 12788-1000 |
| Michael Hill<br>Wyoming Correctional Facility<br>3203 Dunbar Road<br>P.O. Box 501<br>Attica, NY 14011-0501 | | |