UNITED STATES DISTRICT COURT
FILED
NOV - 5 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ERIC DAUGHTERY, et al.,

Plaintiffs,

v.

25-CV-468 (JLS) (HKS)

THE STATE OF NEW YORK, et al.,

Defendants.

## DECISION AND ORDER

Plaintiffs commenced this action on May 30, 2025, alleging that Defendants terminated their employment and employment benefits in violation of the Family and Medical Leave Act ("FMLA"). Dkt. 1. The case has been referred to United States Magistrate Judge H. Kenneth Schroeder, Jr. for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 57.

On September 22, 2025, Defendants filed a motion for a stay and partial motion to dismiss. Dkt. 55. Plaintiffs opposed the motion, Dkt. 61, and Defendants replied, Dkt. 62. On August 24, 2026, Judge Schroeder issued a Report and Recommendation (R&R) recommending "that [D]efendants' motion to stay and partial motion to dismiss (Dkt. #55) be denied." Dkt. 63 at 31.[1]

Defendants objected only to the portion of the R&R denying Defendants' request for a stay. Dkt. 64. Plaintiffs opposed, Dkt. 66, and Defendants replied,

[1] Page numbers refer to the CM/ECF generated numbering in the header of each page.

Dkt. 67. On October 22, 2026, Defendants submitted a notice of supplemental authority, Dkt. 68, and, on October 27, 2026, Plaintiffs filed a letter in response, Dkt. 69.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). For a dispositive matter, the district court reviews *de novo* the parts of the R&R to which the parties object. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). For a non-dispositive matter, the district court reviews the R&R for clear error. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).

This Court carefully reviewed the R&R, the objections briefing, and the relevant record. Based on that review, the Court accepts and adopts Judge Schroeder's recommendation.

For the reasons above, and in the R&R, Defendants' motion to stay and partial motion to dismiss (Dkt. 55) is DENIED. The case is referred back to Judge

Schroeder pursuant to the September 24, 2025 referral order. Dkt. 57.

SO ORDERED.

Dated: November 5, 2026
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE